UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 13-2523 |
| HANNAH ROBERT | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (John E. Clabby, Assistant U.S. Attorney, appearing), for an arrest warrant and its concurrent application, that the Complaint filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 9th day of April, 2013,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge